## GOODMAN *v.* THE STATE.

This case is ruled by *Smith* v. *The State*, this term. The court erred in not sustaining the demurrer to the first count of the special presentment.　　　　　　　　　　　*Judgment reversed.*

August 1, 1892

Criminal law.　Liquor.　Before Judge MARTIN. Harris superior court.　October term, 1891.

The defendant was tried upon a special presentment charging him with having committed the offence of misdemeanor in the county of Harris, for that on January 15, 1891, in said county, he then and there unlawfully, etc., sold one gallon of spirituous, vinous and malt liquors, without having first paid to the county commissioners the tax required by law, and without having obtained the written consent of two thirds of the *bona fide*

resident freeholders within three miles of the place where said spirituous, vinous and malt liquors were sold, and without having filed said written consent with the county commissioners, and without having registered his business with the proper legal authorities in said county. He demurred on the ground that the presentment was insufficient, as it did not charge him with selling by the gallon without license. The demurrer was overruled. The other material questions in the case are covered by the report in the *Smith* case, *ante.*

R. A. RUSSELL, WORRILL & LITTLE and J. H. LUMPKIN, for plaintiff in error.

A. A. CARSON, solicitor-general, and HARRISON & PEEPLES, *contra.*